# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-1316**　　　　　　　　　　　　　**September Term, 2024**

**SEC-2023-13**

**Filed On:** April 25, 2025

Casey H. Nelson, (Claimant No. 4),

　　　　　Petitioner

　　v.

Securities and Exchange Commission,

　　　　　Respondent

　　**BEFORE:**　Henderson, Millett, and Childs, Circuit Judges

# THIS OPINION IS UNDER SEAL AND NOT AVAILABLE TO THE PUBLIC